# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

LEADIUM, INC.
*a Delaware corporation*,

Plaintiff,

v.

SHAH ENTERPRISES, LLC
*a Minnesota limited liability company*
*doing business as*
Leadium Solution,

Defendant.

Case No. 24-cv-3257 (LMP/JFD)

**ORDER**

The complaint in this matter was filed on August 14, 2024. More than ninety (90) days have elapsed since suit was filed and there is no record that the Complaint has been served on defendant.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff shall:

1. Within ten days of the date of this order, file on the Court's CM/ECF system proof of service of the Complaint;

2. Notify defendant or their counsel immediately that it is required to answer or otherwise respond to the Complaint <u>or</u> submit a stipulation for an extension of time to answer or otherwise respond within twenty-one days of the date of service of the Complaint or within ten days of the date of the notice required by this paragraph, whichever is later;

3. File the above notice in CM/ECF; and

4. If no answer or other response is filed by defendant within 21 days of this Order, Plaintiff shall file an application for entry of default pursuant to Fed. R. Civ. P. 55(a) within 30 days of the date of this Order. Once default is entered by the Clerk of Court, Plaintiff shall promptly seek default judgment pursuant to Fed. R. Civ. P. 55(b); or

5. Advise the undersigned <u>in writing</u> of any good cause to the contrary.

Failure to comply with this Order may result in dismissal of this action for failure to prosecute.

Dated: November 18, 2024

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge